No. 10-1298. Robert N. Peirce, et al., Petitioners v. CSX Transportation, Inc.

565 U.S. 816, 132 S. Ct. 96, 181 L. Ed. 2d 24, 2011 U.S. LEXIS 6835.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 406 Fed. Appx. 723.